### No. 94

No. 18301. HENRY WARREN KOONTZ v. SAMUEL McCUNE HUBLEY et al

Error to the Court of Appeals of Hamilton County

Motion for an order to certify record filed in Supreme Court Jan. 5, 1924. 2 Abs. 52.

**1271. WILLS.**

Action to sell real estate to pay debts and for a construction of the will of Samuel A. McCune, commenced in Hamilton County Common Pleas.

The plaintiff and defendants are here found in the same relations as they were in the trial court.

The question before the Supreme Court is the construction of the two items in the said will, as follows:

Item No. 3. To my friend Henry Warren Koontz . . . in consideration of his long and faithful services to my deceased wife and to myself, extending over a period of more than 20 years, I give, bequeath and devise

## OHIO SUPREME COURT—Continued

$2,000.00 to be paid within six months after my death. Should he die before me, then to be paid to his wife, Helen Wagoner Koontz.

Item No. 6. All the property, both real and personal, of every kind and description where soever situated which I may own at the time of my decease not heretofore devised, including the property at . . . to my grandson, Samuel McCune Hubley. . . .

McCune did not leave enough personal property to pay the $2,000.00. The Common Pleas held that this was chargeable against the real estate. The Court of Appeals overruled the Common Pleas.

Plaintiff claims that Item 6 is not a specific devise and is therefore chargeable with the legacy at Item 3.

Attorneys—Powell & Smiley, Cincinnati, for Koontz; Mackay & Mackay and Boettinger & Street, Cincinnati, for Hubley.